UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GASTON WILKES,<br>　　　　　Plaintiff,<br>　　v.<br>POLSEN,<br>　　　　　Defendant. | Case No. 18-cv-05281-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a detainee, filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. The case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: October 16, 2018

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GASTON WILKES,<br><br>    Plaintiff,<br><br>v.<br><br>POLSEN,<br><br>    Defendant. | Case No. 18-cv-05281-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 16, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Gaston Wilkes
850 Bryant Street
#18670895
San Francisco, CA 94102


Dated: October 16, 2018

                                                Susan Y. Soong
                                              Clerk, United States District Court

                                              By: _____
                                              LISA R. CLARK, Deputy Clerk to the
                                              Honorable JAMES DONATO